RECEIVED
NOV 1 2 2026
BY MAIL

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

ROSALIND DENISE HARRIS

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

UNIVERSITY OF MISSOURI BOARD OF CURATORS
PRESIDENT, MUN CHOI
CHANCELLOR, KRISTIN SOBOLIK

*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

**Complaint for a Civil Case**

Case No.
*(to be assigned by Clerk of District Court)*

Plaintiff requests trial by jury:
☐ Yes ☒ No

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ROSALIND DENISE HARRIS |
| Street Address | 61 WAYSIDE DR. |
| City and County | ST. LOUIS AND ST. LOUIS COUNTY |
| State and Zip Code | MISSOURI 63135-2836 |
| Telephone Number | 314-521-7964 |
| E-mail Address | rdh221@outlook.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | UNIVERSITY OF MISSOURI |
| Job or Title | BOARD OF CURATORS - OFFICIAL CAPACITY |
| Street Address | 316 UNIVERSITY HALL |
| City and County | COLUMBIA |
| State and Zip Code | MISSOURI 65211 |
| Telephone Number | 573-882-2388 |
| E-mail Address | boardofcurators@umsystem.edu |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

B. DEFENDANT(S)

DEFENDANT NO. 2

NAME: PRESIDENT MUN CHOI - INDIVIDUAL AND OFFICIAL CAPACITY
UNIVERSITY OF MISSOURI SYSTEM
105 JESSE HALL
COLUMBIA, MISSOURI 65211
TELE: 573-882-2011
EMAIL: PRESIDENT@UMSYSTEM.EDU

DEFENDANT NO. 3

NAME: CHANCELLOR KRISTIN SOBOLIK - INDIVIDUAL AND OFFICIAL CAPACITY
UNIVERSITY OF MISSOURI ST. LOUIS
ONE UNIVERSITY BLVD.
401 WOODS HALL
ST. LOUIS, MO 63121
TELE: 314-516-5252

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A. Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

17 USC 106 (4) (5)

17 USC 107

### B. Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

### C. Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1. The Plaintiff(s)

The plaintiff, *(name)* ________________, is a citizen of the State of *(name)* ________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

If the defendant is an individual

The defendant, *(name)* ______________________, is a citizen of the State of *(name)* ______________________ *Or* is a citizen of *(foreign nation)* ______________________.

If the defendant is a corporation

The defendant, *(name)* ______________________.

is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________ *Or* is incorporated under the laws of the State of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

I WROTE A THESIS IN 2004 AS A GRADUATE STUDENT. I WAS UNFUNDED. THE FACULTY DID NOT HOLD A HEARING TO OPEN THE PROCESS. AS A RESULT OF THIS, AFTER I SAW MY FIRST IDEA WAS BAD AND MY ADVISOR LEFT THE SCHOOL, I PICKED ANOTHER TOPIC AND ADVISOR. THE OUTCOME WAS THE BOOK- POLITICAL STABILITY, CHANGE AND SCENARIO USAGE: THE CASE OF THE GULF OF MEXICO'S DEAD ZONE. I CORRECTLY HYPOTHESIZED SCENARIO USAGE HASTENS CHANGE. I WANTED A TERMINAL MASTER OF ARTS DEGREE AND OUT OF SCHOOL. I WOULD PERIODICALLY CHECK ON MY BOOK AND I WOULD GO SEE IT IN THE LIBRARY. I AM

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

I WANT $20 MILLION ($20,000,000) AND I WANT THE UNIVERSITY OF MISSOURI TO BE PROHIBITED FROM INFRINGING ON MY PERFORMANCE, DISPLAY AND FAIR USE RIGHTS.

III. STATEMENT OF CLAIM (CONTINUED) (2)

FIRST GENERATION FOR THIS TYPE OF STUDY ON EITHER SIDE OF MY PEOPLE. AT SOME POINT, AS THE RECORD REFLECTS, I ASKED THE UNIVERSITY OF MISSOURI AND CHANCELLOR SOBOLIK ABOUT THE PLACE OF MY BOOK IN THE LIBRARY. WE MEDIATED AND I DECIDED TO SUE. THE FIRST TIME I LOOKED FOR LEGAL ASSISTANCE. THERE WAS NONE. THEN I SUED A SECOND TIME. I DID NOT KNOW WHAT I WAS SUING FOR PRECISELY, COPY RIGHT INFRIGEMENT. THEN ON OCTOBER 30, 2026, I REALIZED I HAD NOT CAPTURED THE EXTENT OF IT.

MY EXCLUSIVE RIGHT TO PERFORMANCE, DISPLAY AND FAIR USE IS BEING VIOLATED BY THE UNIVERSITY OF MISSOURI VIA THE UNIVERSITY OF MISSOURI ST. LOUIS (DEFUNCT) DEPARTMENT OF POLITICAL SCIENCE IN THREE (3) PLACES. THE FILE, THE FILE, ADMITTED IN THE CASE SHOWED THE BOOK WAS ARCHIVED, NOT HELD WITH GOVERNMENT BOOKS ON WORLDCAT.ORG UMSL.EDU/SERVICES/LIBRARY. ON THESE TWO (2) WEBSITES, THE UNIVERSITY CLAIMS IT, VIA THE DEPARTMENT OF POLITICAL SCIENCE, IS AN AUTHOR OF THE WORK. THIS IS NOT TRUE. THE FILE THE FILE, SHOWS I

III STATEMENT OF CLAIM (CONTINUED)(3)

CONCEIVED, PRODUCED AND WROTE THE BOOK IN MULTIPLE DRAFTS. THE UNIVERSITY ALSO HOLDS MY WORK IN PUBLIC ON SOMETHING CALLED MOBIUS CONSORTIUM.ORG. HERE IT CLAIMS THE DEPARTMENT OF POLITICAL SCIENCE IS A CONTRIBUTOR TO THE WORK BY THE AMERICAN STANDARD OF WRITING AND PRODUCTION. THERE ARE NO OTHER AUTHORS OR CONTRIBUTORS.

I WANTED TO WRITE A THESIS AT A GREAT SOCIETY SCHOOL. I DID. MY EXPERIMENT WORKED. AND NOW I PLEAD TO THE COURT TO STOP THE FRAUD THE UNIVERSITY IS PERPETRATING AGAINST ME AS A COPYRIGHT HOLDER, I.e., UNIVERSITY OF MISSOURI BOARD OF CURATORS, PRESIDENT MUN CHOI, CHANCELLOR KRISTIN SOBOLIK.

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☑ No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☑ No ☐

Do you claim punitive monetary damages?

Yes ☑ No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

$10 MILLION ACTUAL DAMAGES FOR CAREER LOSS
$ 10 MILLION PUNITIVE DAMAGES FOR RIGHTS VIOLATIONS AND DEMORALIZATION.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10th day of November, 20 26.

Signature of Plaintiff(s) Ronald D. Harris

______________________________